# MEMORANDUM CASE.

[Civ. No. 4789.  First Appellate District, Division One.—December
21, 1923.]

WILLIAM LOCKE PADDON, Petitioner, v. SUPERIOR
COURT OF THE CITY AND COUNTY OF SAN
FRANCISCO et al., Respondents.

[1] CONTEMPT—DISREGARD OF SUBPOENA—CERTIORARI.—Contempt pro-
ceedings affirmed upon authority of *Paddon* v. *Superior Court*,
*ante*, p. 34.

PROCEEDING in Certiorari to review an order of the
Superior Court of the City and County of San Francisco,
Walter Perry Johnson, Judge, directing the issuance of a
warrant of attachment to answer for contempt.  Order
affirmed and writ dismissed.

The questions presented are the same as those involved
in *Paddon* v. *Superior Court*, *ante*, p. 34.

J. L. Smith for Petitioner.

Preston & Duncan and W. A. Andrews for Respondents.

ST. SURE, J.—The questions presented in the above-
entitled proceeding are the same as those involved in pro-
ceeding numbered 4790 of the same title, this day decided.
Upon the authority of that case we are of the opinion that
the proceedings had in the court below, in the action entitled
*Una Margaret Locke Paddon, Plaintiff*, v. *William Locke
Paddon et als., Defendants*, which said action is numbered
128432, *ante*, p. 34 [223 Pac. 91., in the office of the
county clerk of the city and county of San Francisco, state
of California, are proper and should be affirmed.  It is so
ordered and the writ is dismissed.

Tyler, P. J., concurred.

A petition for rehearing of this cause was denied by the
district court of appeal on January 19, 1924, and an applica-
tion by petitioner to have the cause heard in the supreme
court, after judgment in the district court of appeal, was
denied by the supreme court on February 18, 1924.

All the Justices concurred.